397 A.2d 816

**COMMONWEALTH of Pennsylvania**

v.

**Ernest McCARTHY, Appellant.**

Superior Court of Pennsylvania.

Submitted Oct. 26, 1978.

Decided Feb. 7, 1979.

Gary Lee Costlow, Assistant Public Defender, Ebensburg, for appellant.

D. Gerard Long, District Attorney, Ebensburg, for Com., appellee.

Before PRICE, HESTER and LIPEZ, JJ.

PER CURIAM:

Judgment of sentence vacated and case remanded for resentencing.  See *Commonwealth v. Bolyard*, 256 Pa.Super. 57, 389 A.2d 598 (1978).